IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARLA AQUINO, ET AL. | * |
| PLAINTIFFS, | * |
| v. | * Case No.: 1:19-cv-02653-RBW |
| JAMES G. DAVIS CONSTRUCTION. CORPORATION, et al. | * |
| DEFENDANTS. | * |

****************************************************************************

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Carla Aquino and Helen Merida Ardaya and Defendant, James G. Davis Construction Corporation, pursuant to Fed. R. Civ. P. 41(a), hereby submit this Joint Stipulation of Dismissal with Prejudice, dismissing with prejudice Plaintiffs' claims against Defendants.

Respectfully submitted,

_____
Michael K. Amster (1001110)
Zipin, Amster & Greenberg, LLC
8757 Georgia Ave. Suite 400
Silver Spring, MD 20910
Telephone: 301-587-9373
Fax: 240-839-9142
mamster@zagfirm.com

*Counsel for Plaintiffs*

_____
Leslie A. Stout-Tabackman (422082)
JACKSON LEWIS P.C.
10701 Parkridge Blvd., Suite 300
Reston, VA 20191
Telephone: 703-483-8378
Fax: 703-483-8301
Leslie.Stout@jacksonlewis.com

*Counsel for James G. Davis Construction Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of November, 2019, a true and correct copy of the foregoing was served via the electronic filing system on all counsel of record.

_____
Michael K. Amster, Esq.